MARTHA M. WALSH, Appellant, *v.* JOHN L. KEOGH et al., Respondents.

Argued March 11, 1954; decided April 15, 1954.

*John L. Barrett* for appellant.

*Mark N. Turner* and *Thomas J. Kelly* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.